# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

| | |
|---|---|
| BURNSED OIL COMPANY, INC. | PLAINTIFF/COUNTER-DEFENDANT |
| V. | CIVIL ACTION NO. 3:03-cv-358 HTW-LRA |
| CELESTE C. GRYNBERG | DEFENDANT/COUNTER-PLAINTIFF |

## FINAL JUDGMENT

Before this court is the motions of the parties for summary judgment. After consideration of the motions, evidence offered in support of the motions, and the memoranda of the parties, the court finds that the motion of the plaintiff/counter-defendant, Burnsed Oil Company, Inc., is well taken and should be granted. The Memorandum Opinion and Order entered by this court on March 31, 2008, is incorporated by reference. For the reasons assigned in the court's Memorandum Opinion and Order, the court concludes that judgment should be entered in favor of the plaintiff/counter-defendant, Burnsed Oil Company, Inc., and against the defendant/counter-plaintiff, Celeste C. Grynberg and that the plaintiff/counter-defendant should be awarded its costs.

**IT IS ORDERED AND ADJUDGED** that the plaintiff/counter-defendant, Burnsed Oil Company, Inc., is entitled to recover its taxable costs in this action upon filing a Bill of Costs in the time and manner prescribed.

**SO ORDERED AND ADJUDGED, this the 31st day of March, 2008.**

s/ HENRY T. WINGATE

_____
**CHIEF UNITED STATES DISTRICT JUDGE**